# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NINA L. VASCO**<br><br>    v.<br><br>**HOMEGOODS, INC., et al.** | **CIVIL ACTION**<br><br>**NO.   15-3485** |

## ORDER

    **AND NOW, TO WIT:**   This 9th day of March, 2016, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

    **ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel, without costs.

                    **MICHAEL E. KUNZ**, Clerk of Court

                          /s/ Lori K. DiSanti
       **BY:**   _____
                          Lori K. DiSanti
                          Deputy Clerk

cc:    Frank P. Murphy, Esquire (fpm@fmurphylaw.com)
        Joseph R. Fowler, Esquire (jfowler@fhmslaw.com)
        Jacqueline Campbell, Esquire (jcampbell@fhmslaw.com)

O:\CIVIL 15\15-3485 VASCO V. HOMEGOODS\15CV3485 41B ORDER - 03092016.DOCX